**Opinion issued December 11, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00833-CV

————————————

**JAE-HO SHIN, Appellant**

**V.**

**AMERICAN BUREAU OF SHIPPING, Appellee**

---

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2018-07486

---

## MEMORANDUM OPINION

Appellant has filed a "Motion to Withdraw Notice of Appeal," asking that we dismiss his appeal. We construe appellant's motion as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant failed to include a certificate of conference in

his motion, appellant's motion includes a certificate of service, more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.